■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WASHINGTON, Appellant. [862 NYS2d 802]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 14, 1998 (*People v Washington,* 253 AD2d 777 [1998]), affirming a judgment of the Supreme Court, Kings County, rendered June 22, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Ritter, J.P., Florio, Covello and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDIKI WEAY, Appellant. [862 NYS2d 802]—Appeal by the defendant from an order of the Supreme Court, Queens County (Eng, J.), dated October 28, 2005, which denied his postconviction motion pursuant to CPL 440.30 (1-a) for DNA testing.

Ordered that the order is affirmed.

The Supreme Court properly denied the defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had the DNA test results been admitted into evidence at trial (*see* CPL 440.30 [1-a]; *People v Brown,* 36 AD3d 961 [2007]; *People v Figueroa,* 36 AD3d 458 [2007]; *People v Shenouda,* 307 AD2d 938 [2003]; *People v Pugh,* 288 AD2d 634 [2001]; *People v De Oliveira,* 223 AD2d 766 [1996]). Ritter, J.P., Miller, Dillon and McCarthy, JJ., concur.